UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

WILLIE CLIFFORD WHITE, III
a/k/a/ Willie White

CASE NO: 3:25-cr-66-MMH-PDB
18 U.S.C. § 875(c)
(interstate transmission of threat to injure)

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Interstate Transmission of Threat to Injure)

On or about January 15, 2025, in the Middle District of Florida, the defendant,

WILLE CLIFFORD WHITE, III,
a/k/a/ Willie White,

knowingly and willfully, and with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence, did transmit in interstate commerce a threat to injure the person of another, specifically that he would run down the person if he ever saw him in the city of Jacksonville.

In violation of 18 U.S.C. § 875(c).

## **FORFEITURE**

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

                                               A TRUE BILL,

                                               [redacted]

SARA C. SWEENEY
Acting United States Attorney

By: *Rachel Lasry*
RACHEL LASRY
Assistant United States Attorney

By: *Rachel Lasry for*
DANIEL J. MARCET
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
3/12/25 Revised

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

**WILLIE CLIFFORD WHITE, III**
a/k/a Willie White

## INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill,

███████████████

Filed in open court this ___13th___ day

of March, 2025

_____
Clerk

Bail   $ _____

GPO 863 525