**UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF FLORIDA  
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

v.  Case No. 3:25-cr-66-MMH-PDB

WILLIE CLIFFORD WHITE, III

**ACCEPTANCE OF PLEA OF GUILTY,  
ADJUDICATION OF GUILT, AND  
<u>NOTICE OF SENTENCING</u>**

The Court adopts the Report and Recommendation Concerning Guilty Plea (Dkt. No. 31) entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, to which the fourteen day objection period was waived. Thus, the Court accepts Defendant's plea of guilty to Count One of the Indictment, and Defendant is adjudged guilty of such offense.

**SENTENCING** for the Defendant is hereby scheduled for **Monday, January 12, 2026, at 11:00 a.m.** before the undersigned in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300 North Hogan Street, Jacksonville, Florida 32202. **The Court notifies any defendant currently on pretrial release that pursuant to 18 U.S.C. § 3143(a)(2), the Court is required to remand a defendant into custody at sentencing in drug cases and cases involving crimes of violence. However, notwithstanding this provision, pursuant to 18 U.S.C. § 3145(c), the Court may allow an otherwise qualified defendant to voluntarily surrender for "exceptional reasons."**

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED <u>NO LATER THAN THREE (3) BUSINESS DAYS PRIOR TO THE DATE OF SENTENCING.</u>  IN ADDITION, IF ANY PARTY BELIEVES THAT THE SENTENCING MAY TAKE LONGER THAN ONE HOUR, PLEASE NOTIFY THE UNDERSIGNED'S CHAMBERS IMMEDIATELY.

**NOTE:** **All persons entering the Courthouse must present photo identification to Court Security Officers.  Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them upon presentation to Court Security Officers of a Florida Bar card (presentation of the Duval County Courthouse lawyer identification card will suffice) or Order of special admission pro hac vice.**[1]

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of September, 2025.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

---

[1] Cell phones must be turned off while in the courtroom.

ja

- 3 -

Copies to:

Asst. U.S. Attorney (Lasry)
Waffa Hanania, Esquire
United States Marshals Service
United States Probation Office
United States Pretrial Services